UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 3:12-cr-48 |
| v. | ) | |
| | ) | Judge Sharp |
| RICHARD OLIVE | ) | |

## ORDER

For good cause shown and other considerations, the Government's Motion for a Protective Order is hereby GRANTED.

SO ORDERED this 26th day of February, 2013.

Kevin Sharp, U.S. District Judge