UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 3:12-00048 |
| | ) | JUDGE SHARP |
| RICHARD OLIVE | ) | |

**O R D E R**

Pending before the Court is the United States's Motion to Reschedule Sentencing Hearing (Docket No. 90) to which the Defendant does not oppose.

The motion is GRANTED and the sentencing hearing scheduled for August 2, 2013, is hereby rescheduled for Monday, August 19, 2013 at 9:00 a.m.

It is so ORDERED.

*(signed)* Kevin H. Sharp
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE