UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:12-00048 |
| ) | JUDGE SHARP |
| RICHARD OLIVE ) | |

## **O R D E R**

Pending before the Court is the United States's Motion for the Issuance of an Order Clarifying the Oral Pronouncement of the Sentence Imposed in this Case and/or an Order Scheduling a Supplemental Sentencing Hearing (Docket No. 102).

The motion is GRANTED and a supplemental sentencing hearing is hereby scheduled for Thursday, August 29, 2013, at 10:00 a.m. Defense counsel can appear by telephone by calling 615-695-2852.

It is so ORDERED.

*[signature]*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE