# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00048 |
| | ) | Judge Sharp |
| RICHARD OLIVE | ) | |

## ORDER

On August 19, 2013, the Court sentenced Defendant to a term of imprisonment of 372 months. In orally pronouncing sentence, the Court stated, "you are going to be sentenced to a term of imprisonment in the custody of the Bureau of Prison for 36 months for each count one through seven. And 48 months for each count 8 and 9 to run consecutive for a total of 372 months." The reference to 48 months for both counts 8 and 9 was obviously a misstatement, as the Court clearly intended that Defendant be imprisoned for 60 months on each of those Counts, for a combined total of 372 months on all counts.

This error was brought to the Court's attention when the Government filed a "Motion for the Issuance of an Order Clarifying the Oral Pronouncement of the Sentenced Imposed in this Case and/or an Order Scheduling a Supplemental Sentencing Hearing." (Docket No. 102). Accordingly, on August 29, 2013, in open court and in the presence of the Defendant, the Court restated the sentence to correctly reflect that Defendant was sentenced to a term of imprisonment of 372 months, consisting of a sentence of 36 months on Counts One through Seven, and 60 months on Counts 8 and 9, all said sentences to run consecutively. A written Judgment will follow in due course.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE