

To the Honorable Judge William J. Haynes, Jr.    Jan. 5, 2014

Re: United States vs. Richard Olive    Case# 3:12-CR-0048

I am writing you because it is my understanding you are the Chief Judge for the United States District Court for the Middle District of Tennessee, Nashville Division.

On August 19th & 29th 2013 I was sentenced by the Honorable Judge Kevin H. Sharp and, as of today's date, my judgement has not been entered. I am asking for your assistance as I feel that I have exhausted all avenues in order to have my judgement entered. At sentencing on August 19th, when I was represented by counsel, I specifically asked if the judgement would be entered in a timely manner, Judge Sharp stated "yes it will."

Beginning on or about October 29th 2013 I filed several motions. ① To receive a copy of the written judgement ② To be moved to a facility with federal law books as the criminal justice center in Davidson County has only TN code books, and I am pro se. ③ To be moved to a facility for the right to practice Jewish religious services ④ And I have written a personal letter to Judge Sharp as well. I have never heard a response to any motion or letter sent.

I presume the Federal Rules of Criminal Procedure mandate the process is to happen in a timely manner. Is there a formal complaint I can file to be reviewed by a panel?

I appreciate any assistance you can offer. My desire is to have my judgement entered so that I can be moved to a BOP facility in Florida so that my wife and 11 year old daughter can visit.

Thank you for your consideration. I trust you have a pleasant day,

Richard Olive

*[Margin note:]* ORDER The clerk shall forward this letter to Judge Sharp. WJH 1-9-13

NAME Richard Oliver
OCA 172315
DAVIDSON COUNTY SHERIFF'S OFFICE
P.O. BOX 196383
NASHVILLE, TN 37219-6383

Honorable Judge William J. Haynes, Jr.
801 Broadway, Room 800
Nashville, TN 37203

RECEIVED
IN CLERK'S OFFICE
JAN 08 2014
U.S. DISTRICT COURT
MID. DIST. TENN.