TUVQJÞÃÖÜŒÞVÖÖ

*Kevin H. Sharp*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12cr48 |
| | ) | Judge Sharp |
| RICHARD OLIVE | ) | |
| | ) | |

## GOVERNMENT'S MOTION FOR THE ENTRY OF A STIPULATION TO SUPPLEMENT THE RECORD WITH TRIAL EXHIBITS

Comes now the United States of America, by and through the undersigned attorney, and moves this Court for the entry of a stipulation to supplement the record with the trial exhibits identified below. In support of its motion, the government states the following:

1.      On August 29, 2013, the defendant filed a timely notice of appeal. (*Docket Entry* 106). The government's principal appellate brief is due July 9, 2014.

2.      At trial, the defendant offered three exhibits that were marked Defense Exhibits 53, 54, and 55, which the Court did not allow in evidence. (*Docket Entry* 137, *Trial Transcript*, PageID# 2468-2477.) Those exhibits are not currently part of the district court record. Olive's appellate counsel has raised on appeal the exclusion of these documents. Undersigned counsel desires to reference these documents in the government's principal appellate brief.

3.      Undersigned counsel has contacted trial counsel James Nesland, who agreed to stipulate that the attached exhibits were the Defense Exhibits 53, 54, and 55 that were offered at trial.