JUVQJÞÁÕÜŒVÒÖ

*Kevin H. Sharp*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12cr48 |
| | ) | Judge Sharp |
| RICHARD OLIVE | ) | |
| | ) | |

GOVERNMENT'S SECOND MOTION FOR THE ISSUANCE OF AN ORDER TO
SUPPLEMENT THE RECORD WITH A TRIAL EXHIBIT

Comes now the United States of America, by and through the undersigned attorney, and

moves this Court for the issuance of an additional order supplementing the record with the trial

exhibit as identified below.  In support of its motion, the government states the following:

1.  On August 29, 2013, the defendant filed a timely notice of appeal.  (Docket Entry

    106).  The government's principal appellate brief is due July 23, 2014.

2.   The government desires to reference government trial exhibit 1F (see Docket Entry

    77).

WHEREFORE, the government respectfully requests that this motion be granted and that

an order be issued supplementing the record with the trial exhibit identified above.


Respectfully submitted,
DAVID RIVERA
United States Attorney



By*:  s/ Kathyrn W. Booth*
Kathryn W. Booth
Assistant United States Attorney